DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEFFREY COSGROVE,

Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a foreign profit corporation,

Appellee

No. 2D2025-0806

_____

January 2, 2026

Appeal from the Circuit Court for Manatee County; Edward Nicholas, Judge.

Carl E. Reynolds of Carl Reynolds Law, Bradenton, for Appellant.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.